1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN D. LAMBERTSON, | ) | No. C 12-5122 LHK (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| G.D. LEWIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court has dismissed the instant action.  A judgment of dismissal with prejudice is entered.  The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/15/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

G:\PRO-SE\SJ.LHK\CR.12\Lambertson122jud.wpd