IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN D. LAMBERTSON, | ) | No. C 12-5122 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | ) ) ) | |
| G.D. LEWIS, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C § 1983. Plaintiff's case was dismissed for failure to pay the filing fee. Plaintiff then filed a motion for reconsideration. (Doc. No. 6.) The Court denied the motion for reconsideration, but granted Plaintiff an extension of time to file an application to proceed *in forma pauperis*. ("IFP") (Doc. No. 10.) Plaintiff now requests additional time within which to file an IFP application. (Doc. No. 12.) Plaintiff's request is **GRANTED**. Plaintiff shall file an IFP application **within thirty (30) days** of the filing date of this order. Failure to file the required documents will result in this case remaining closed.

IT IS SO ORDERED.

DATED: 3/1/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Ext. of Time to file IFP Application
G:\PRO-SE\SJ.LHK\CR.12\Lambertson122_ifp-eot2.wpd