IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN D. LAMBERTSON, | ) | No. C 12-5122 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING *SUA SPONTE* EXTENSION OF TIME TO FILE APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | ) ) ) ) | |
| G.D. LEWIS, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C § 1983. (Docket No. 1.) Plaintiff's case was dismissed for failure to pay the filing fee. (Docket No. 4.) Plaintiff then filed a motion for reconsideration. (Docket No. 6.) The Court denied the motion for reconsideration, but granted Plaintiff two extensions of time to file an application to proceed *in forma pauperis* ("IFP"). (Docket Nos. 10, 14.) The litigation coordinator at the correctional institution where Plaintiff is located informed the Court that Plaintiff requested and obtained a completed IFP application, and that it was sent to the Court on February 19, 2013. The Court has not received the completed IFP application. The Court was also informed that Plaintiff will need to reinitiate the institutional procedure for obtaining another IFP application.

Accordingly, on its own motion, the Court **GRANTS** Plaintiff an extension of time to file an IFP application. Plaintiff is directed to reinitiate the institutional procedure for obtaining another IFP application, specifically, a certificate of funds, and file it with the Court **within sixty**

Order Granting *Sua Sponte* Extension of Time to File Application to Proceed *In Forma Pauperis*
G:\PRO-SE\SJ.LHK\CR.12\Lambertson122_ifp-eotsuasponte.wpd

1  **(60) days** of the filing date of this order.

2  **In the interest of justice, the Clerk of the Court is directed to send a copy of this**

3  **order to the litigation coordinator at the correctional institution where Plaintiff is located.**

4  The Court requests the litigation coordinator to expedite Plaintiff's request for an IFP

5  application.

6  IT IS SO ORDERED.

7  DATED: 5/15/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting *Sua Sponte* Extension of Time to File IFP Application
G:\PRO-SE\SJ.LHK\CR.12\Lambertson122_ifp-eotsuasponte.wpd

2