IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. LAMBERTSON,<br><br>        Plaintiff,<br><br>   v.<br><br>G.D. LEWIS,<br><br>        Defendant. | No. C 12-5122 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT; GRANTING MOTION TO VACATE BRIEFING SCHEDULE; DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Docket Nos. 22, 26, 27) |

Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. (Docket No. 1.) The court dismissed this action without prejudice based on plaintiff's failure to timely submit a completed application to proceed *in forma pauperis* ("IFP"), or pay the filing fee. (Docket No. 4.) On December 11, 2012, plaintiff filed a motion to re-open, stating that he submitted the necessary paperwork to the prison, but through no fault of his own, the paperwork did not arrive at the court in a timely manner. (Docket No. 6.) On January 17, 2013, the court denied the motion to re-open without prejudice. The court ordered that it would consider re-opening the case if plaintiff filed a completed IFP application within thirty days. (Docket No. 10.) On February 4, 2013, plaintiff filed a completed IFP application. (Docket No. 11.) On July 16, 2013, the court re-opened this action. (Docket No. 19.) The court issued an order of service on defendant G.D. Lewis and dismissed with leave to amend the remaining claim against Doe defendants. (*Id.*) On August 19, 2013, plaintiff filed a

motion for extension of time to file an amended complaint.  (Docket No. 22.)  On September 19, 2013, plaintiff filed an amended complaint.  (Docket No. 24.)  On October 3, 2013, defendant filed a motion requesting the court to screen the amended complaint and vacate the current briefing schedule.  On October 23, 2013, plaintiff filed a motion requesting appointment of counsel.  (Docket No. 27.)

Plaintiff's motion for extension of time to file an amended complaint is **GRANTED**. Plaintiff's amended complaint, filed September 19, 2013, is deemed timely.  Defendant's motion is **GRANTED**.  The briefing schedule created pursuant to the court's order dated July 16, 2013 (docket no. 19), is **VACATED**.  The court shall screen plaintiff's amended complaint in a separate order.  Plaintiff's motion for appointment of counsel is **DENIED** for want of exceptional circumstances.  *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997); *see also Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981) (there is no constitutional right to counsel in a civil case).  This denial is without prejudice to the court's *sua sponte* appointment of counsel at a future date should the circumstances of this case warrant such appointment.

This order terminates docket numbers 22, 26 and 27.

IT IS SO ORDERED.

DATED: 11/7/13

LUCY H. KOH
United States District Judge